JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :     SEALED       JUL 20 2007
                                  :     INDICTMENT
         - v. -                   :
                                  :
JUAN CARLOS ROJO,                 :     07 CRIM 661
    a/k/a "J.P.",                 :
                  Defendant.      :

- - - - - - - - - - - - - - - - - - X

COUNT ONE

The Grand Jury charges:

1. In or about February 2007, in the Southern District of New York and elsewhere, JUAN CARLOS ROJO, a/k/a "J.P.", the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JUAN CARLOS ROJO, a/k/a "J.P.", the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

<u>Overt Act</u>

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

   a.   On or about February 13, 2007, JUAN CARLOS ROJO, a/k/a "J.P.", the defendant, traveled from New York, New York to Cleveland, Ohio to conduct a drug transaction.

(Title 21, United States Code, Section 846.)

**<u>FORFEITURE ALLEGATION</u>**

4.   As a result of committing the controlled substance offense alleged in Count One of this Indictment, JUAN CARLOS ROJO, a/k/a "J.P.", the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853 any and all property constituting and derived from any proceeds that JUAN CARLOS ROJO, a/k/a "J.P.", the defendant, obtained directly and indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

<u>Substitute Assets Provision</u>

5.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant--

   (1)   cannot be located upon the exercise of due diligence;

   (2)   has been transferred or sold to, or deposited

   with, a third party;

 (3) has been placed beyond the jurisdiction of the court;

 (4) has been substantially diminished in value; or

 (5) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

  (Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN CARLOS ROJO,
a/k/a "J.P.",

Defendant.

**INDICTMENT**

07 Cr.

(21 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.