WHEEL "A"

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :        APPLICATION AND
                                           UNSEALING ORDER
         - v. -                   :
                                           07 Cr. 661
JUAN CARLOS ROJO,                 :
    a/k/a "J.P.,"
                                  :

         Defendant.               :

- - - - - - - - - - - - - - x

The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order: (1) to unseal the Indictment in the above-captioned matter; and (2) to make publicly available a copy of the Indictment.

                        MICHAEL J. GARCIA
                        United States Attorney
                        Southern District of New York

                By:     _____
                        Rua M. Kelly
                        Assistant United States Attorney
                        Southern District of New York
                        (212) 637-2471

JUL 2 4 2007

IT IS SO ORDERED:

Dated: New York, New York
       July __, 2007

                        _____
                        UNITED STATES MAGISTRATE JUDGE
                        SOUTHERN DISTRICT OF NEW YORK

                        HON. MICHAEL H. DOLINGER
                        United States Magistrate Judge
                        Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 0293
DATE FILED: JUL 2 4 2007

TOTAL P.002