UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :

      - v.-                          :   **ORDER**

JUAN CARLOS ROJO, a/k/a "J.P.",     :
                                                   :   07 Cr. 661
        Defendant.              :

- - - - - - - - - - - - - - - - - - - X

        This Court hereby orders that the defendant in the above-captioned case, Juan Carlos Rojo, may be released on a $200,000 personal recognizance bond, upon the signatures of two financially responsible persons to be approved by the United States Attorney's Office, on or before August 3, 2007. In addition, upon his release, the defendant's travel will be restricted to the Southern and Eastern Districts of New York, and he shall surrender all travel documents and make no new applications.

IT IS SO ORDERED:

Dated: New York, New York
       August 1, 2007

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK