

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 6 2007
```

*By Fax (212) 805-6304*

Honorable Paul A. Crotty
United States District Judge
500 Pearl Street
New York, N.Y. 10007

*[Handwritten:]* Conference adjourned to December 6, 2007 at 2:45 pm. Time excluded as indicated below.

**Application GRANTED**
OCT 2 6 2007
**SO ORDERED:**
*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: *United States v. Juan Carlos Rojo*, 07 Cr. 661 (PAC)

Dear Judge Crotty:

A pretrial conference is currently scheduled in this matter for Monday, October 29, 2007. The parties are currently in plea negotiations and are close to an agreement, but those negotiations will not be complete by Monday. Accordingly, the Government respectfully requests that the conference be adjourned for one month so that the parties can continue to work toward a disposition. If the Court grants this request, the Government also respectfully requests that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), so that the parties can complete their discussions. I have spoken with Daniel Parker, Esq., counsel for the defendant, by phone today, and he consents to both of these requests.

**MEMO ENDORSED**

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: */s/ Joseph P. Facciponti*
Joseph P. Facciponti
Assistant United States Attorney
Tel: (212) 637-2522
Fax: (212) 637-2930

cc: Daniel Parker, Esq.
*By Fax (212) 239-9175*