

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 5, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 8 2008
```

By Facsimile

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Application GRANTED. The conference is adjourned to 9/25/08 at 2:15 pm in Courtroom 20-C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 9/2/08 until 9/25/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: SEP 0 8 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:  United States v. Juan Carlos Rojo, a/k/a "J.P.",
     07 Cr. 661 (PAC)

Dear Judge Crotty:

As we advised the Court on September 2, 2008, the Government has revised its proposed plea agreement in this case and defense counsel requires additional time to review the new plea offer from the Government. Accordingly, the parties respectfully request that this Court schedule the defendant's plea allocution for September 25, 2008 at a time convenient for the Court. In addition, the Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act until the date of the next pretrial conference before Your Honor, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

cc:  Daniel Parker, Esq.

**MEMO ENDORSED**

TOTAL P.02